UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS W. SOMERVILLE,

    Plaintiff,

v.

WARDEN MARTINEZ, *et al.*,

    Defendant.

Case No. C06-5363 RJB/KLS

ORDER ON PENDING MOTION FOR COUNSEL

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. This matter is on hold pending plaintiff's response to the District Court's Order (Dkt. # 7). Plaintiff has until September 21, 2006 to pay the filing fee or this case will be dismissed.

    Plaintiff has filed a motion for the appointment of counsel. (Dkt. # 6). While this matter normally would be ripe for review at this time, this case will not go forward until the filing fee is paid.

    Accordingly, the Clerk of the Court is directed to re-note plaintiff's motion for appointment of counsel (Dkt. # 6) for **October 13, 2006.**

    DATED this __6th__ day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1