# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS W. SOMERVILLE

        v.

WARDEN MARTINEZ, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5363RJB/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation is adopted.

| | |
|---|---|
| March 20, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |